DANN & MERINO, P.C.
Attorneys for Debtor
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
216-373-0539

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| IN RE:<br><br>Scott Morrisey<br><br>Marianne Morrisey<br><br>Debtors | CHAPTER 13<br><br>CASE NO. 17-22107-MBK |
|---|---|

**APPLICATION FOR EXTENSION OF TIME TO FILE SCHEDULES
AND STATEMENT OF FINANCIAL AFFAIRS**

**To**:  Hon. Michael B. Kaplan
U.S. Bankruptcy Court, District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

JAVIER L. MERINO, counsel for the Debtors herein, requests an extension of time to file the remaining schedules and statement of financial affairs and says as follows:

1. The Debtors filed an emergent petition on June 13, 2017.

2. Because of the emergent manner of the filing the Debtors did not have all of the documents necessary to complete the petition.

3. The Debtors have just been able to finish providing counsel with some of the documents that are required to complete the schedules.  It is expected that the missing documents will be received within the next 10 days.

4. The schedules are currently due today, June 27, 2017.

WHEREFORE, the Debtors request that the Court grant an extension to July 11, 2017 to finish preparing and file the remaining schedules along with the statement of financial affairs pursuant to Rule 1007(c) of the Federal Rule of Bankruptcy Procedure.

Dated: June 27, 2017

/s/ Javier L. Merino, Esq.
DANN & MERINO, PC
BY: Javier L. Merino, Esq.
1 Meadowlands Plaza, Suite 200
East Rutherford, NJ 07073
Telephone No. (201) 355-3440
Attorney for Debtors

## CERTIFICATE OF SERVICE

I hereby that on June 27, 2017, a copy of the foregoing was sent electronically via the Court's CM/ECF system to the following registered ECF participants electronically through the Court's Electronic System at the email address registered with the Court:

U.S. Trustee. USTPRegion03.NE.ECF@usdoj.gov

Albert Russo, Standing Chapter 13 Trustee docs@russotrustee.com

/s/ Javier L. Merino, Esq.
DANN & MERINO, PC
BY: Javier L. Merino, Esq.