Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 17−22107−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Scott Morrisey                                        Marianne Morrisey
   38 Foxhill Lane                                     38 Foxhill Lane
   Hillsborough, NJ 08844                    Hillsborough, NJ 08844

Social Security No.:
   xxx−xx−6604                                        xxx−xx−8952

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 28, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 28, 2017
JAN: wir

                                                                       Jeanne Naughton
                                                                       Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 17-22107-MBK
Scott Morrisey                                                Chapter 13
Marianne Morrisey
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Sep 28, 2017
                              Form ID: 148             Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2017.
db/jdb        +Scott Morrisey,    Marianne Morrisey,    38 Foxhill Lane,    Hillsborough, NJ 08844-5212
aty            Pluese, Becker & Saltzman,    20000 Horizon Way,    Suite 900,    Mt. Laurel, NJ  08054-4318
lm             Citizens One Home Loans,    P.O.  6260,    Glen Allen, VA  23058-6260
516879759      Citizens One Home Loans,    Attn: Customer Service,    P.O. Box 6260,    Glen Allen, VA 23058-6260
516966596     +Mitzner & Mitzner, P.A.,    786 Mountain Boulevard,    Ste. 101A,    Watchung, NJ 07069-6268
516879762     +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
516879763     +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
516966597     +Weybridge Place Townhomes,    c/o Stark & Stark,    PO Box 5315,    Princeton, NJ 08543-5315
516994429      Weybridge Place Townhouse Association, Inc.,    c/o Melissa A. Volet, Esquire,
               Stark & Stark, A Professional Corporatio,    P.O. Box 5315,    Princeton, NJ 08543-5315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 28 2017 22:48:46      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 28 2017 22:48:43      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516879757     +EDI: RMCB.COM Sep 28 2017 22:28:00       American Medical Collection Agency,    ATTN: Bankruptcy,
               4 Westchester Plaza #110,    Elmsford, NY 10523-1615
516879758     +EDI: CAPITALONE.COM Sep 28 2017 22:28:00       Capital One Bank,    ATTN: Bankruptcy,
               PO Box 30285,    Salt Lake City, UT 84130-0285
516996830      EDI: CAPITALONE.COM Sep 28 2017 22:28:00       Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
516879760      EDI: DISCOVER.COM Sep 28 2017 22:28:00       Discover Bank,    PO Box 30943,
               Salt Lake City, UT 84130-0943
516879761      EDI: DISCOVER.COM Sep 28 2017 22:28:00       Discoverbank,    Pob 30943,
               Salt Lake City, UT 84130-0943
516887691      EDI: DISCOVER.COM Sep 28 2017 22:28:00       Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank, National Association, as Indenture Trustee
               on behalf of the holders of theTerwin Mortgage Trust 2005-11, Asset-Backed Securities, TMTS
               Series 2005-11 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Javier L. Merino    on behalf of Joint Debtor Marianne  Morrisey jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;brittany@dannlaw.com
              Javier L. Merino    on behalf of Debtor Scott  Morrisey jmerino@dannlaw.com,
               notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;brittany@dannlaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```