UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on August 22, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Scott Morrisey and Marianne Morrisey

Case No.: 17-22107

Adv. No.:

Hearing Date: August 21, 2018

Judge: Chief Judge Kathryn C. Ferguson

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 22, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having heard the motion filed by __Debtor Scott Morrisey__, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of __$764.00__ will be forwarded to __Debtor, Scott Morrisey__ at the following address:

__38 Foxhill Lane__

__Hillsborough Township, NJ 08844__

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Scott Morrisey  
Marianne Morrisey  
    Debtors

Case No. 17-22107-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 22, 2018  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.  
db/jdb         +Scott Morrisey,   Marianne Morrisey,   38 Foxhill Lane,   Hillsborough, NJ 08844-5212

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo    docs@russotrustee.com  
         Denise E. Carlon    on behalf of Creditor    U.S. Bank, National Association, as Indenture Trustee on behalf of the holders of theTerwin Mortgage Trust 2005-11, Asset-Backed Securities, TMTS Series 2005-11 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Javier L. Merino    on behalf of Joint Debtor Marianne   Morrisey jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com  
         Javier L. Merino    on behalf of Debtor Scott   Morrisey jmerino@dannlaw.com, notices@dannlaw.com;mdann@dannlaw.com;bflick@dannlaw.com;edwardo@dannlaw.com;9497659420@filings.docketbird.com;Amy@DannLaw.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 6